

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-18-00459-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR171327
Honorable Susan Harris, Judge Presiding

# O R D E R

On July 27, 2018, appellant filed a response to our order dated July 20, 2018, stating payment has been made for the reporter's record. The reporter's record is due on or before **September 4, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2018.

_____
Keith E. Hottle
Clerk of Court